B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Indiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**East York, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA State Road 37, LLC; DBA Glenbrook Mobile Park LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**35-2119633** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4714 Parnell Avenue**<br>**Fort Wayne, IN**                          ZIP Code **46825** | Street Address of Joint Debtor (No. and Street, City, and State):                          ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Allen** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                          ZIP Code | Mailing Address of Joint Debtor (if different from street address):                          ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):     **3939 North Clinton**<br>**Fort Wayne, IN 46805** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."       ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08) Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **East York, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **Coliseum on Parnell, LLC** | Case Number: <br> **10-10405** | Date Filed: <br> **2/15/10** |
|---|---|---|
| District: <br> **Northern District of Indiana** | Relationship: | Judge: <br> **Robert E. Grant** |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X** _____ <br> Signature of Attorney for Debtor(s)       (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**East York, LLC** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____(signature)_____
Signature of Attorney for Debtor(s)

**Daniel J. Skekloff 146-02**
Printed Name of Attorney for Debtor(s)

**Skekloff, Adelsperger & Kleven, LLP**
Firm Name

**927 South Harrison Street**
**Fort Wayne, IN 46802**

_____
Address

**Email: www.sak-law.com**
**260/407-7000 Fax: 260/407-7137**
Telephone Number

4 - 2 - 10
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____(signature)_____
Signature of Authorized Individual

**Christine Kotsopoulos**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

4 - 2 - 10
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Form 1065**

Department of the Treasury
Internal Revenue Service

## U.S. Return of Partnership Income
For calendar year 2007, or tax year beginning _____ , 2007,
ending _____ , 20 _____ .
► See separate instructions.

OMB No.1545-0099

**2007**

| | |
|---|---|
| **A** Principal business activity | Use the IRS label. Otherwise, print or type. |
| Rental Real Est | East York LLC |
| **B** Principal product or service | 6929 Roemke Rd |
| Real Estate | Woodburn, IN 46797 |
| **C** Business code number | |
| 531120 | |

**D** Employer identification number

**E** Date business started
10/02/2000

**F** Total assets (see instrs)
$ 1,301,666.

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

**H** Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify)..... ► _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year.............. ► _____ 2

**J** Check if Schedule M-3 attached...................................................................... ☐

**Caution.** Include *only* trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | | |
|---|---|---|---|---:|
| **INCOME** | **1a** Gross receipts or sales............................................ | **1a** | | |
| | **b** Less returns and allowances.................................... | **1b** | **1c** | |
| | **2** Cost of goods sold (Schedule A, line 8)............................................ | | **2** | |
| | **3** Gross profit. Subtract line 2 from line 1c............................................ | | **3** | |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts *(attach statement)*............................................ | | **4** | |
| | **5** Net farm profit (loss) *(attach Schedule F (Form 1040))*....................... | | **5** | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 *(attach Form 4797)*....... | | **6** | |
| | **7** Other income (loss) *(attach statement)*............................................ | | **7** | |
| | **8** **Total income (loss).** Combine lines 3 through 7............................ | | **8** | |

| | | | |
|---|---|---|---:|
| **DEDUCTIONS** (SEE INSTRUCTIONS FOR LIMITATIONS) | **9** Salaries and wages (other than to partners) (less employment credits)........ | **9** | |
| | **10** Guaranteed payments to partners............................................ | **10** | |
| | **11** Repairs and maintenance.................................................... | **11** | |
| | **12** Bad debts.............................................................. | **12** | |
| | **13** Rent.................................................................. | **13** | |
| | **14** Taxes and licenses...................................................... | **14** | |
| | **15** Interest.............................................................. | **15** | |
| | **16a** Depreciation *(if required, attach Form 4562)*.......... **16a** 439. | | |
| | **b** Less depreciation reported on Schedule A and elsewhere on return..... **16b** | **16c** | 439. |
| | **17** Depletion **(Do not deduct oil and gas depletion.)**........................ | **17** | |
| | **18** Retirement plans, etc................................................... | **18** | |
| | **19** Employee benefit programs.............................................. | **19** | |
| | **20** Other deductions *(attach statement)*........................................ | **20** | |
| | **21** **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20.............. | **21** | 439. |
| | **22** **Ordinary business income (loss).** Subtract line 21 from line 8................ | **22** | -439. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

► _____
Signature of general partner or limited liability company member manager

► _____ Date

May the IRS discuss this return with the preparer shown below (see instrs)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| | |
|---|---|
| Preparer's signature | Lewis CPA Group PC |
| Firm's name (or yours if self-employed), address, and ZIP code | Lewis CPA Group PC ► 6030 E. State Blvd. Fort Wayne, IN 46815 |

Date 3/11/09    Check if self-employed..... ►

Preparer's SSN or PTIN

EIN

Phone no. (260) 493-4493

**BAA  For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**    PTPA0105L 12/27/07    Form **1065** (2007)

Form **7004**

(Rev December 2007)
Department of the Treasury
Internal Revenue Service

## Application for Automatic 6-Month Extension of Time To File Certain Business Income Tax, Information, and Other Returns

► File a separate application for each return.

OMB No. 1545-0233

| Type or Print | Name | Identifying number |
|---|---|---|
| | East York LLC | |

File by the due date for the return for which an extension is requested. See instructions.

Number, street, and room or suite number. (If P.O. box, see instructions.)

6929 Roemke Rd

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)).

Woodburn, IN 46797

**Note. See instructions before completing this form.**

1 Enter the form code for the return that this application is for (see below)..................................................... `09`

2 If the foreign corporation does not have an office or place of business in the United States, check here............................ ► ☐

3 If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ................... ► ☐

**4a** The application is for calendar year 20 `07`, or tax year beginning  _ _ _ _ _ _ _, 20 _ _ , and ending _ _ _ _ _ _ _, 20 _ _

**b Short tax year.** If this tax year is less than 12 months, check the reason:
☐ Initial return     ☐ Final return     ☐ Change in accounting period     ☐ Consolidated return to be filed

5 If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here...... ► ☐

If checked, attach a schedule, listing the name, address, and Employer Identification Number (EIN) for each member covered by this application.

| | | | |
|---|---|---:|---:|
| 6 | Tentative total tax ........................................................................... | **6** | 0. |
| 7 | **Total** payments and credits (see instructions) ........................................................ | **7** | 0. |
| 8 | **Balance due.** Subtract line 7 from line 6. **Generally, you must deposit this amount using the Electronic Federal Tax Payment System (EFTPS), a Federal Tax Deposit (FTD) Coupon, or Electronic Funds Withdrawal (EFW)** (see instructions for exceptions) ................................................ | **8** | 0. |

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS (D) | 01 | ▓▓▓▓▓▓▓▓▓ | ▓▓ |
| ▓▓▓▓▓▓▓▓▓ | 02 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 1041 (estate) | 04 | ▓▓▓▓▓▓▓▓▓ | ▓▓ |
| ▓▓▓▓▓▓▓▓▓ | 05 | Form 1120-POL | 22 |
| Form 1041-N | 06 | ▓▓▓▓▓▓▓▓▓ | ▓▓ |
| ▓▓▓▓▓▓▓▓▓ | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | ▓▓▓▓▓▓▓▓▓ | ▓▓ |
| ▓▓▓▓▓▓▓▓▓ | 09 | Form 1120-SF | 26 |
| Form 1065-B | 10 | ▓▓▓▓▓▓▓▓▓ | ▓▓ |
| ▓▓▓▓▓▓▓▓▓ | ▓▓ | Form 8612 | 28 |
| Form 1120 | 12 | ▓▓▓▓▓▓▓▓▓ | ▓▓ |
| ▓▓▓▓▓▓▓▓▓ | ▓▓ | Form 8725 | 30 |
| Form 1120-C | 34 | ▓▓▓▓▓▓▓▓▓ | ▓▓ |
| ▓▓▓▓▓▓▓▓▓ | ▓▓ | Form 8831 | 32 |
| Form 1120-FSC | 16 | ▓▓▓▓▓▓▓▓▓ | ▓▓ |
| ▓▓▓▓▓▓▓▓▓ | ▓▓ | Form 8924 | 35 |
| Form 1120-L | 18 | | |

**BAA   For Paperwork Reduction Act Notice, see separate instructions.**

Form **7004** (Rev 12-2007)

Form **1065** (2007)   East York LLC                                                                              Page **2**

## Schedule A   Cost of Goods Sold (see the instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs<br>*(attach statement)* | 4 | |
| 5 | Other costs<br>*(attach statement)* | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

9a Check all methods used for valuing closing inventory:

    **(i)** ☐    Cost as described in Regulations section 1.471-3

    **(ii)** ☐    Lower of cost or market as described in Regulations section 1.471-4

    **(iii)** ☐    Other (specify method used and attach explanation) ▶

   **b** Check this box if there was a writedown of 'subnormal' goods as described in Regulations section 1.471-2(c) ▶ ☐

   **c** Check this box if the LIFO inventory method was adopted this tax year for any goods *(if checked, attach Form 970)* ▶ ☐

   **d** Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ☐ Yes ☐ No

   **e** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No

    If 'Yes,' attach explanation.

## Schedule B   Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box:<br>  **a** ☐ Domestic general partnership    **b** ☐ Domestic limited partnership<br>  **c** ☒ Domestic limited liability company    **d** ☐ Domestic limited liability partnership<br>  **e** ☐ Foreign partnership    **f** ☐ Other.... ▶ | | |
| 2 | Are any partners in this partnership also partnerships? | | X |
| 3 | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? If 'Yes,' see instructions for required attachment | | X |
| 4 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | X |
| 5 | Does this partnership meet all three of the following requirements?<br>  **a** The partnership's total receipts for the tax year were less than $250,000;<br>  **b** The partnership's total assets at the end of the tax year were less than $600,000; and<br>  **c** Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return.<br>  If 'Yes,' the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1 | | X |
| 6 | Does this partnership have any foreign partners? If 'Yes,' the partnership may have to file Forms 8804, 8805 and 8813. See the instructions | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | X |
| 9 | At any time during calendar year 2007, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1. If 'Yes,' enter the name of the foreign country. ▶ | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If 'Yes,' the partnership may have to file Form 3520. See the instructions | | X |
| 11 | Was there a distribution of property or a transfer (for example, by sale or death) of a partnership interest during the tax year? If 'Yes,' you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under *Elections Made By the Partnership* in the instructions | | X |
| 12 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ 0 | | |

**Designation of Tax Matters Partner** (see the instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ▶ | George Kotsopoulos | Identifying number of TMP ▶ | |
|---|---|---|---|
| Address of designated TMP ▶ | 6929 Roemke Road<br>Woodburn, IN 46797 | | |

Form **1065** (2007)

Form **1065** (2007)   East York LLC                                                                    Page **3**

## Schedule K   Partners' Distributive Share Items

| | | | Total amount |
|---|---|---|---:|
| | **1** Ordinary business income (loss) (page 1, line 22)................................... | **1** | −439. |
| | **2** Net rental real estate income (loss) (attach Form 8825)............................ | **2** | −49,002. |
| | **3a** Other gross rental income (loss)................................ **3a** | | |
| | **b** Expenses from other rental activities (attach stmt)....................... **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a..................... | **3c** | |
| | **4** Guaranteed payments................................................. | **4** | |
| | **5** Interest income..................................................... | **5** | |
| **Income (Loss)** | **6** Dividends: **a** Ordinary dividends........................................ | **6a** | |
| | **b** Qualified dividends............................. **6b** | | |
| | **7** Royalties........................................................... | **7** | |
| | **8** Net short-term capital gain (loss) (attach Schedule D (Form 1065))............................ | **8** | |
| | **9a** Net long-term capital gain (loss) (attach Schedule D (Form 1065))................................ | **9a** | 112,015. |
| | **b** Collectibles (28%) gain (loss)......................... **9b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement)........................ **9c** | | |
| | **10** Net section 1231 gain (loss) (attach Form 4797)................................. | **10** | |
| | **11** Other income (loss) (see instructions)   Type ► | **11** | |
| **Deduc-tions** | **12** Section 179 deduction (attach Form 4562)...................................... | **12** | |
| | **13a** Contributions........................................ | **13a** | |
| | **b** Investment interest expense............................................. | **13b** | |
| | **c** Section 59(e)(2) expenditures:  (1) Type ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ (2) Amount ► | **13c (2)** | |
| | **d** Other deductions (see instructions)   Type ► | **13d** | |
| **Self-Employ-ment** | **14a** Net earnings (loss) from self-employment......................................... | **14a** | −439. |
| | **b** Gross farming or fishing income......................................... | **14b** | |
| | **c** Gross nonfarm income................................................ | **14c** | |
| **Credits** | **15a** Low-income housing credit (section 42(j)(5))..................................... | **15a** | |
| | **b** Low-income housing credit (other)......................................... | **15b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468)................. | **15c** | |
| | **d** Other rental real estate credits (see instructions). Type ► _ _ _ _ _ _ _ _ _ _ _ _ _ | **15d** | |
| | **e** Other rental credits (see instructions)........... Type ► _ _ _ _ _ _ _ _ _ _ _ _ _ | **15e** | |
| | **f** Other credits (see instructions)................. Type ► | **15f** | |
| **Foreign Trans-actions** | **16a** Name of country or U.S. possession.. ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | **b** Gross income from all sources............................................ | **16b** | |
| | **c** Gross income sourced at partner level....................................... | **16c** | |
| | Foreign gross income sourced at partnership level | | |
| | **d** Passive category ► _ _ _ _ _ _ _ _ **e** General category ► _ _ _ _ _ _ _ _ **f** Other....... ► | **16f** | |
| | Deductions allocated and apportioned at partner level | | |
| | **g** Interest expense ► _ _ _ _ _ _ _ _ _ _ _ **h** Other............................... ► | **16h** | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | **i** Passive category ► _ _ _ _ _ _ _ _ **j** General category ► _ _ _ _ _ **k** Other....... ► | **16k** | |
| | **l** Total foreign taxes (check one): ► Paid ☐   Accrued ☐ | **16l** | |
| | **m** Reduction in taxes available for credit (attach statement)................................. | **16m** | |
| | **n** Other foreign tax information (attach statement)....................................... | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** Post-1986 depreciation adjustment......................................... | **17a** | |
| | **b** Adjusted gain or loss............................................. | **17b** | |
| | **c** Depletion (other than oil and gas)........................................ | **17c** | |
| | **d** Oil, gas, and geothermal properties — gross income............................ | **17d** | |
| | **e** Oil, gas, and geothermal properties — deductions .............................. | **17e** | |
| | **f** Other AMT items (attach stmt)............................................ | **17f** | |
| **Other Infor-mation** | **18a** Tax-exempt interest income............................................ | **18a** | |
| | **b** Other tax-exempt income.............................................. | **18b** | |
| | **c** Nondeductible expenses.............................................. | **18c** | |
| | **19a** Distributions of cash and marketable securities................................ | **19a** | 230,085. |
| | **b** Distributions of other property........................................... | **19b** | |
| | **20a** Investment income.................................................. | **20a** | |
| | **b** Investment expenses................................................ | **20b** | |
| | **c** Other items and amounts (attach stmt)........................................ | | |

**BAA**                                                                    Form **1065** (2007)

PTPA0134L  06/25/07

## Analysis of Net Income (Loss)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **1** | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l | | | | | | **1** | 62,574. |

| **2** Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| **a** General partners . . . . | | | | | | |
| **b** Limited partners . . . . | | 62,574. | | | | |

| **Schedule L**  Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| **Assets** | (a) | (b) | (c) | (d) |
| **1** Cash | | 6,281. | | 3,254. |
| **2a** Trade notes and accounts receivable | | | | |
| **b** Less allowance for bad debts | | | | |
| **3** Inventories | | | | |
| **4** U.S. government obligations | | | | |
| **5** Tax-exempt securities | | | | |
| **6** Other current assets *(attach stmt)* . . . . See. St. .1. | | 195,626. | | 195,626. |
| **7** Mortgage and real estate loans | | | | |
| **8** Other investments *(attach stmt)* | | | | |
| **9a** Buildings and other depreciable assets | 1,029,393. | | 1,029,393. | |
| **b** Less accumulated depreciation | 153,828. | 875,565. | 222,994. | 806,399. |
| **10a** Depletable assets | | | | |
| **b** Less accumulated depletion | | | | |
| **11** Land (net of any amortization) | | 115,387. | | 115,387. |
| **12a** Intangible assets (amortizable only) | | | | |
| **b** Less accumulated amortization | | | | |
| **13** Other assets *(attach stmt)* . . . . See. St. .2 | | | | 181,000. |
| **14** Total assets | | 1,192,859. | | 1,301,666. |
| **Liabilities and Capital** | | | | |
| **15** Accounts payable | | | | 312,305. |
| **16** Mortgages, notes, bonds payable in less than 1 year . . . . | | 1,196,533. | | 1,193,622. |
| **17** Other current liabilities *(attach stmt)* | | | | |
| **18** All nonrecourse loans | | | | |
| **19** Mortgages, notes, bonds payable in 1 year or more . . . . | | | | |
| **20** Other liabilities *(attach stmt)* . . . . . . See. St. .3. | | 33,076. | | . |
| **21** Partners' capital accounts | | -36,750. | | -204,261. |
| **22** Total liabilities and capital | | 1,192,859. | | 1,301,666. |

## Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note.** Schedule M-3 may be required instead of Schedule M-1 (see instructions).

| | | | | | |
|---|---|---|---|---|---|
| **1** Net income (loss) per books | 62,574. | **6** | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| **2** Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | | **a** Tax-exempt interest . . $ _ _ _ _ _ _ _ _ _ _ | | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| **3** Guaranteed pmts (other than health insurance) . . . . . | | **7** | Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | | |
| **4** Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | | **a** Depreciation . . . . . $ _ _ _ _ _ _ _ _ _ _ | | |
| **a** Depreciation . . . . . . $ _ _ _ _ _ _ _ _ _ _ | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| **b** Travel and entertainment . . . . . $ _ _ _ _ _ _ _ _ _ _ | | **8** | Add lines 6 and 7 | | |
| | | **9** | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | | |
| **5** Add lines 1 through 4 | 62,574. | | | | 62,574. |

## Schedule M-2  Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| **1** Balance at beginning of year | -36,750. | **6** | Distributions: **a** Cash | | 230,085. |
| **2** Capital contributed: **a** Cash | | | **b** Property | | |
| **b** Property | | **7** | Other decreases (itemize): _ _ _ _ _ _ _ _ _ _ | | |
| **3** Net income (loss) per books | 62,574. | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| **4** Other increases (itemize): _ _ _ _ _ _ _ _ _ _ | | | | | |
| | | **8** | Add lines 6 and 7 | | 230,085. |
| **5** Add lines 1 through 4 | 25,824. | **9** | Balance at end of year. Subtract line 8 from line 5 . . . . | | -204,261. |

Form **8825**
(Rev December 2006)

Department of the Treasury
Internal Revenue Service

## Rental Real Estate Income and Expenses of a Partnership or an S Corporation

► **See instructions.**
► **Attach to Form 1065, Form 1065-B, or Form 1120S.**

OMB No. 1545-1186

Name
**East York LLC**

Employer identification number

1   Show the kind and location of each property. See page 2 to list additional properties.

**A**  Commercial Real Estate (Budget)
Clinton St

**B**  Mobile Home Court
3939 Clinton

**C**

**D**

| Rental Real Estate Income | | Properties | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **2**  Gross rents | **2** | 54,450. | 149,684. | | |
| **Rental Real Estate Expenses** | | | | | |
| **3**  Advertising | **3** | | | | |
| **4**  Auto and travel | **4** | | | | |
| **5**  Cleaning and maintenance | **5** | | | | |
| **6**  Commissions | **6** | | | | |
| **7**  Insurance | **7** | | 450. | | |
| **8**  Legal and other professional fees | **8** | | 9,150. | | |
| **9**  Interest | **9** | 33,001. | 47,121. | | |
| **10**  Repairs | **10** | | 11,061. | | |
| **11**  Taxes | **11** | | 3,212. | | |
| **12**  Utilities | **12** | | 41,056. | | |
| **13**  Wages and salaries | **13** | | 18,753. | | |
| **14**  Depreciation (see instructions) | **14** | 8,621. | 60,545. | | |
| **15**  Other (list) ►_____ See Statement 4 _____ _____ | **15** | 310. | 19,856. | | |
| **16**  Total expenses for each property. Add lines 3 through 15 | **16** | 41,932. | 211,204. | | |

| | | |
|---|---|---|
| **17**  Total gross rents. Add gross rents from line 2, columns A through H | **17** | 204,134. |
| **18**  Total expenses. Add total expenses from line 16, columns A through H | **18** | -253,136. |
| **19**  Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities | **19** | |
| **20 a** Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | **20a** | |

**b** Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed:

**(1)** Name                              **(2)** Employer identification number

| | | |
|---|---|---|
| **21**  Net rental real estate income (loss). Combine lines 17 through 20a. Enter the result here and on: | **21** | -49,002. |
| ● **Form 1065 or 1120S:** Schedule K, line 2, or | | |
| ● **Form 1065-B:** Part I, line 4 | | |

**BAA   For Paperwork Reduction Act Notice, see the separate instructions.**

Form **8825** (12-2006)

**Schedule D**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0099

**2007**

**Capital Gains and Losses**

▶ Attach to Form 1065.

Name of partnership

Employer identification number

East York LLC

**Part I    Short-Term Capital Gains and Losses — Assets Held One Year or Less**

| 1 | **(a)** Description of property (Example: 100 shares of 'Z' Co) | **(b)** Date acquired (month, day, year) | **(c)** Date sold (month, day, year) | **(d)** Sales price (see instructions) | **(e)** Cost or other basis (see instructions) | | **(f)** Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | . |

| | | | |
|---|---|---|---|
| 2 | Short-term capital gain from installment sales from Form 6252, line 26 or 37 | **2** | |
| 3 | Short-term capital gain (loss) from like-kind exchanges from Form 8824 | **3** | |
| 4 | Partnership's share of net short-term capital gain (loss), including specially allocated short-term capital gains (losses), from other partnerships, estates, and trusts | **4** | |
| 5 | **Net short-term capital gain or (loss).** Combine lines 1 through 4 in column (f). Enter here and on Form 1065, Schedule K, line 8 or 11 | **5** | |

**Part II    Long-Term Capital Gains and Losses — Assets Held More Than One Year**

| 6 | **(a)** Description of property (Example: 100 shares of 'Z' Co) | **(b)** Date acquired (month, day, year) | **(c)** Date sold (month, day, year) | **(d)** Sales price (see instructions) | **(e)** Cost or other basis (see instructions) | | **(f)** Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | |
|---|---|---|---|
| 7 | Long-term capital gain from installment sales from Form 6252, line 26 or 37 | **7** | 112,015. |
| 8 | Long-term capital gain (loss) from like-kind exchanges from Form 8824 | **8** | . |
| 9 | Partnership's share of net long-term capital gain (loss), including specially allocated long-term capital gains (losses), from other partnerships, estates, and trusts | **9** | |
| 10 | Capital gain distributions | **10** | |
| 11 | **Net long-term capital gain or (loss).** Combine lines 6 through 10 in column (f). Enter here and on Form 1065, Schedule K, line 9a or 11 | **11** | 112,015. |

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.                    Schedule **D** (Form 1065) 2007

PTPA0201L  12/27/07

651107

| | Final K-1 | Amended K-1 |
|---|---|---|
| | | OMB No. 1545-0099 |

**Schedule K-1**
**(Form 1065)**

**2007**

For calendar year 2007, or tax

Department of the Treasury
Internal Revenue Service

year beginning _____ , 2007
ending _____ ,

**Partner's Share of Income, Deductions,**
**Credits, etc.**    ► See separate instructions.

| **Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| 1 | Ordinary business income (loss) | -219. | 15 | Credits |
|---|---|---|---|---|
| 2 | Net rental real estate income (loss) * | -24,501. | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions |
| 4 | Guaranteed payments | | | |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | | |
| 9a | Net long-term capital gain (loss) | 56,007. | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | | |
| 10 | Net section 1231 gain (loss) | | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | | |
| 12 | Section 179 deduction | | 19 | Distributions |
| | | | A | 115,042. |
| 13 | Other deductions | | 20 | Other information |
| 14 | Self-employment earnings (loss) | | | |
| A | | -219. | | |

**Part I**    **Information About the Partnership**

**A** Partnership's employer identification number

**B** Partnership's name, address, city, state, and ZIP code

East York LLC
6929 Roemke Rd
Woodburn, IN 46797

**C** IRS Center where partnership filed return
Cincinnati, OH

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II**    **Information About the Partner**

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

George Kotsopoulos
6929 Roemke Road
Woodburn, IN 46797

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I** What type of entity is this partner?  Individual

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 50 % | 50 % |
| Loss | 50 % | 50 % |
| Capital | 50 % | 50 % |

**K** Partner's share of liabilities at year end:
Nonrecourse......................... $ _____
Qualified nonrecourse financing........ $ _____
Recourse............................ $  596,811.

**L** Partner's capital account analysis:
Beginning capital account............. $  -18,375.
Capital contributed during the year..... $ _____
Current year increase (decrease) ....... $  31,287.
Withdrawals and distributions......... $ ( 115,042.)
Ending capital account............... $  -102,130.

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

*See attached statement for additional information.

F
O
R

I
R
S

U
S
E

O
N
L
Y

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule **K-1** (Form 1065) 2007

Partner 1

PTPA0312L  12/31/07

651107

| | |
|---|---|
| **Schedule K-1** | **2007** |
| **(Form 1065)** | For calendar year 2007, or tax |

Final K-1 ☐      Amended K-1 ☐          OMB No. 1545-0099

Department of the Treasury
Internal Revenue Service
year beginning _____, 2007
ending _____, _____

## Partner's Share of Income, Deductions, Credits, etc.
► See separate instructions.

**Part III    Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| Box | | Box | |
|---|---|---|---|
| 1 | Ordinary business income (loss) −220. | 15 | Credits |
| 2 | Net rental real estate income (loss) ★ −24,501. | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) 56,008. | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 19 | Distributions A 115,043. |
| 13 | Other deductions | 20 | Other information |
| 14 | Self-employment earnings (loss) A −220. | | |

**Part I    Information About the Partnership**

**A** Partnership's employer identification number

**B** Partnership's name, address, city, state, and ZIP code

East York LLC
6929 Roemke Rd
Woodburn, IN 46797

**C** IRS Center where partnership filed return
Cincinnati, OH

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II    Information About the Partner**

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

Christina Kotsopoulos
6929 Roemke Road
Woodburn, IN 46797

**G** ☒ General partner or LLC member-manager      ☐ Limited partner or other LLC member

**H** ☒ Domestic partner      ☐ Foreign partner

**I** What type of entity is this partner? Individual

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 50 % | 50 % |
| Loss | 50 % | 50 % |
| Capital | 50 % | 50 % |

**K** Partner's share of liabilities at year end:
Nonrecourse................................ $ _____
Qualified nonrecourse financing........ $ _____
Recourse.................................... $ 596,811.

**L** Partner's capital account analysis:
Beginning capital account............. $ −18,375.
Capital contributed during the year..... $ _____
Current year increase (decrease)....... $ 31,287.
Withdrawals and distributions.......... $ ( 115,043.)
Ending capital account................. $ −102,131.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

*See attached statement for additional information.

F O R   I R S   U S E   O N L Y

Schedule **K-1** (Form 1065) 2007
PTPA0312L 12/31/07

**Box 2**
**Rental Real Estate Activities**

| Property Description | Gross Income | Net Expenses | Net Income | Passive Nonpass | Sec. 1231 Total |
|---|---|---|---|---|---|
| Commercial Real Estate (Budget) | 27,225. | 20,966. $ | 6,259. | Passive | |
| Mobile Home Court | 74,842. | 105,602. | -30,760. | Passive | |
| | | Total $ | -24,501. | | |

Form **6252**

Department of the Treasury
Internal Revenue Service

**Installment Sale Income**

► Attach to your tax return.
► Use a separate form for each sale or other disposition of
property on the installment method.

OMB No. 1545-0228

**2007**

Attachment
Sequence No. **79**

Name(s) shown on return

East York LLC

Identifying number

1 Description of property ► Columbia Street

2a Date acquired (month, day, year) ► 12/20/02   b Date sold (month, day, year) ► 1/29/07

3 Was the property sold to a related party (see instructions) after May 14, 1980? If 'No,' skip line 4 . . . . . . . . . . . . . . . . .  ☐ Yes  ☒ No

4 Was the property you sold to a related party a marketable security? If 'Yes,' complete Part III. If 'No,'
complete Part III for the year of sale and the 2 years after the year of sale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes  ☐ No

**Part I**  **Gross Profit and Contract Price.** Complete this part for the year of sale only.

| | | | | |
|---|---|---|---|---|
| 5 | Selling price including mortgages and other debts. **Do not** include interest whether stated or unstated . . . . . . . . | **5** | | 445,000. |
| 6 | Mortgages, debts, and other liabilities the buyer assumed or took the property subject to (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | | |
| 7 | Subtract line 6 from line 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | 445,000. | |
| 8 | Cost or other basis of property sold . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | 235,065. | |
| 9 | Depreciation allowed or allowable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | | |
| 10 | Adjusted basis. Subtract line 9 from line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | 235,065. | |
| 11 | Commissions and other expenses of sale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | 21,119. | |
| 12 | Income recapture from Form 4797, Part III (see instructions) . . . . . . . . . . . . . . . . . . | **12** | | |
| 13 | Add lines 10, 11, and 12 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | | 256,184. |
| 14 | Subtract line 13 from line 5. If zero or less, **do not** complete the rest of this form (see instructions) . . . . . . . . . . . | **14** | | 188,816. |
| 15 | If the property described on line 1 above was your main home, enter the amount of your excluded gain (see instructions). Otherwise, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | | 0. |
| 16 | **Gross profit.** Subtract line 15 from line 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | | 188,816. |
| 17 | Subtract line 13 from line 6. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | | 0. |
| 18 | **Contract price.** Add line 7 and line 17 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | | 445,000. |

**Part II**  **Installment Sale Income.** Complete this part for the year of sale **and** any year you receive a payment or have certain debts
you must treat as a payment on installment obligations.

| | | | | |
|---|---|---|---|---|
| 19 | Gross profit percentage. Divide line 16 by line 18. For years after the year of sale, see instructions . . . . . . . . . . | **19** | | 0.4243 |
| 20 | If this is the year of sale, enter the amount from line 17. Otherwise, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . | **20** | | 0. |
| 21 | Payments received during year (see instructions). **Do not** include interest, whether stated or unstated . . . . . . . . | **21** | | 264,000. |
| 22 | Add lines 20 and 21 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **22** | | 264,000. |
| 23 | Payments received in prior years (see instructions). **Do not** include interest, whether stated or unstated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **23** | | |
| 24 | **Installment sale income.** Multiply line 22 by line 19 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **24** | | 112,015. |
| 25 | Enter the part of line 24 that is ordinary income under the recapture rules (see instructions) . . . . . . . . . . . . . . . . | **25** | | |
| 26 | Subtract line 25 from line 24. Enter here and on Schedule D or Form 4797 (see instructions) . . . . . . . . . . . . . . . . | **26** | | 112,015. |

**Part III**  **Related Party Installment Sale Income.** Do not complete if you received the final payment this tax year.

27 Name, address, and taxpayer identifying number of related party

28 Did the related party resell or dispose of the property ('second disposition') during this tax year? . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

29 If the answer to question 28 is 'Yes,' complete lines 30 through 37 below unless one of the following conditions is met.
Check the box that applies.

a ☐ The second disposition was more than 2 years after the first disposition (other than dispositions of
marketable securities). If this box is checked, enter the date of disposition (month, day, year) . . . . . . . . . . . . . . ►

b ☐ The first disposition was a sale or exchange of stock to the issuing corporation.

c ☐ The second disposition was an involuntary conversion and the threat of conversion occurred after the first disposition.

d ☐ The second disposition occurred after the death of the original seller or buyer.

e ☐ It can be established to the satisfaction of the Internal Revenue Service that tax avoidance was not a principal
purpose for either of the dispositions. If this box is checked, attach an explanation (see instructions).

| | | | |
|---|---|---|---|
| 30 | Selling price of property sold by related party (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **30** | |
| 31 | Enter contract price from line 18 for year of first sale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **31** | |
| 32 | Enter the **smaller** of line 30 or line 31 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **32** | |
| 33 | Total payments received by the end of your 2007 tax year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **33** | |
| 34 | Subtract line 33 from line 32. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **34** | |
| 35 | Multiply line 34 by the gross profit percentage on line 19 for year of first sale . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **35** | |
| 36 | Enter the part of line 35 that is ordinary income under the recapture rules (see instructions) . . . . . . . . . . . . . . . . | **36** | |
| 37 | Subtract line 36 from line 35. Enter here and on Schedule D or Form 4797 (see instructions) . . . . . . . . . . . . . . . . | **37** | |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**

FDIZ1501L  06/11/07

Form **6252** (2007)

| 2007 | Federal Statements | Page 1 |
|---|---|---|

| Client 21949 | East York LLC | |
|---|---|---|

3/10/09                                                                                          08:33PM

**Statement 1**
**Form 1065, Schedule L, Line 6**
**Other Current Assets**

| | Beginning | Ending |
|---|---|---|
| Mgt Rec - Main St Woodburn | $ 195,626. | $ 195,626. |
| Total | $ 195,626. | $ 195,626. |

**Statement 2**
**Form 1065, Schedule L, Line 13**
**Other Assets**

| | Beginning | Ending |
|---|---|---|
| Loan Receivable - Roque Calvo | $ 0. | $ 181,000. |
| Total | $ 0. | $ 181,000. |

**Statement 3**
**Form 1065, Schedule L, Line 20**
**Other Liabilities**

| | Beginning | Ending |
|---|---|---|
| Note Payable Member | $ 33,075. | $ 0. |
| Rounding | 1. | 0. |
| Total | $ 33,076. | $ 0. |

**Statement 4**
**Form 8825, Line 15**
**Other Expenses**

Property A: Commercial Real Estate (Budget) - Clinton St
Property B: Mobile Home Court - 3939 Clinton
Property C: -
Property D: -

| | Property A | Property B | Property C | Property D |
|---|---|---|---|---|
| bank charges | $ 310. | $ 447. | | |
| Contract Labor | | 7,263. | | |
| Licenses and Permits | | 732. | | |
| Miscellaneous | | 1,222. | | |
| Postage & Delivery | | 362. | | |
| Supplies | | 5,510. | | |
| Telephone | | 4,320. | | |
| Total | $ 310. | $ 19,856. | | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

**IN THE MATTER OF:**

                                                **CASE NO.**

**EAST YORK, LLC**
        **Debtor**

## AFFIDAVIT IN COMPLIANCE WITH 11 U.S.C. §1116

Comes now East York, LLC, the Debtor herein, and submits this Affidavit in compliance with 11 U.S.C. §1116 and states:

1. My name is Christine Kotsopoulos and I am the Managing Member of the Debtor. I am over the age of eighteen (18) years and I have personal knowledge of the matters averred herein.

2. No balance sheet, statement of operation, or cash-flow statement has been prepared, and the latest federal tax return was filed for tax year 2007.

FURTHER AFFIANT SAITH NAUGHT.

Date: _3·29·10_

_Christine Kotsopoulos_
Christine Kotsopoulos

I affirm under the penalty of perjury that the foregoing statements are true and correct.

_Christine Kotsopoulos_
Christine Kotsopoulos

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Indiana

In re    **East York, LLC** _____    Case No. _____
                                    Debtor(s)          Chapter    **11**    _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Huntington Bank**<br>**838 Mill Lake Road**<br>**Fort Wayne, IN 46845** | **Huntington Bank**<br>**838 Mill Lake Road**<br>**Fort Wayne, IN 46845** | **2005 Navigator** | | **26,000.00**<br><br>**(25,000.00 secured)** |
| **Lewis CPA Group**<br>**6030 East State Blvd.**<br>**Fort Wayne, IN 46815** | **Lewis CPA Group**<br>**6030 East State Blvd.**<br>**Fort Wayne, IN 46815** | | | **25,165.00** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re    **East York, LLC**                                                          Case No. _____

                                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date ____4/2/10____          Signature _____

**Christine Kotsopoulos**
**Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Indiana

In re  **East York, LLC**

_____
Debtor(s)

Case No. _____

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **20,966.00 retainer to be applied to hourly rates** |
| Prior to the filing of this statement I have received | $ | **4,034.00 for pre-petition services** |
| Balance Due | $ | **Hourly rates $250-$310/hr partners** |
| | | **$185/hr - associates** |

2.  The source of the compensation paid to me was:

☒ Debtor          ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☒ Debtor          ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed] Representation of Debtor-in-Possession in chapter 11 proceeding.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service: Any matters to be handled by special counsel (e.g., the evaluation and prosecution of avoidance actions against the insiders or affiliates of the Debtor) and any non-bankruptcy related representation.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **4/2/10**

_____
**Daniel J. Skekloff 148-02**
**Skekloff, Adelsperger & Kleven, LLP**
**927 South Harrison Street**
**Fort Wayne, IN 46802**
**260/407-7000  Fax: 260/407-7137**
**www.sak-law.com**

## United States Bankruptcy Court
### Northern District of Indiana

In re  **East York, LLC**

Debtor,

Case No. _____

Chapter_____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Christine Kotsoloulos**<br>**6929 Roemke Road**<br>**Woodburn, IN 46797** | **Member** | **50%** | |
| **George Kotsoloupos**<br>**6929 Roemke Road**<br>**Woodburn, IN 46797** | **Member** | **50%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _MARCH 29TH, 2010_

Signature_____
**Christine Kotsopoulos**
**Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0** ___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Indiana

In re   **East York, LLC** _____   Case No. _____
                                    Debtor(s)                      Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   *3-29-10*                         *Christine Kotsopoulos*
                                          **Christine Kotsopoulos/Managing Member**
                                          Signer/Title

ALLEN COUNTY TREASURER
1 EAST MAIN STREET
ROOM 100
FORT WAYNE, IN 46802-1888

BUDGET RENT-A-CAR LEASE
3229 NORTH CLINTON STREET
FORT WAYNE, IN 46805

CHRISTINE KOTSOPOULOS
6929 ROEMKE ROAD
WOODBURN, IN 46797

GEORGE KOTSOPOULOS
6929 ROEMKE ROAD
WOODBURN, IN 46797

HUNTINGTON BANK
838 MILL LAKE ROAD
FORT WAYNE, IN 46845

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114-0326

LEWIS CPA GROUP
6030 EAST STATE BLVD.
FORT WAYNE, IN 46815

MIDWEST AMERICA FEDERAL CREDIT UNION
1104 MEDICAL PARK DRIVE
FORT WAYNE, IN 46825

PHILLIP RENZ
CARSON BOXBERGER LLP
1400 ONE SUMMIT SQUARE
FORT WAYNE, IN 46802

STEPHEN LEWIS
444 EAST MAIN STREET
FORT WAYNE, IN 46802

WILLIAM AND DIANE WIEDENHOEFT
16970 GLACIER RIDGE ROAD
FORT WAYNE, IN 46845

ALLEN COUNTY TREASURER
1 EAST MAIN STREET
ROOM 100
FORT WAYNE, IN 46802-1888


BUDGET RENT-A-CAR LEASE
3229 NORTH CLINTON STREET
FORT WAYNE, IN 46805


CHRISTINE KOTSOPOULOS
6929 ROEMKE ROAD
WOODBURN, IN 46797


GEORGE KOTSOPOULOS
6929 ROEMKE ROAD
WOODBURN, IN 46797


HUNTINGTON BANK
838 MILL LAKE ROAD
FORT WAYNE, IN 46845


INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114-0326


LEWIS CPA GROUP
6030 EAST STATE BLVD.
FORT WAYNE, IN 46815


MIDWEST AMERICA FEDERAL CREDIT UNION
1104 MEDICAL PARK DRIVE
FORT WAYNE, IN 46825


PHILLIP RENZ
CARSON BOXBERGER LLP
1400 ONE SUMMIT SQUARE
FORT WAYNE, IN 46802

STEPHEN LEWIS
444 EAST MAIN STREET
FORT WAYNE, IN 46802

WILLIAM AND DIANE WIEDENHOEFT
16970 GLACIER RIDGE ROAD
FORT WAYNE, IN 46845

## United States Bankruptcy Court
### Northern District of Indiana

In re __East York, LLC__
                                    Debtor(s)

Case No. _____

Chapter    __11__  _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __East York, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_____4/2/10_____
Date

Daniel J. Skekloff 146-82
Signature of Attorney or Litigant
Counsel for __East York, LLC__
**Skekloff, Adelsperger & Kleven, LLP**
**927 South Harrison Street**
**Fort Wayne, IN 46802**
**260/407-7000 Fax:260/407-7137**
**www.sak-law.com**